### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SCOTT BARGESKI AND DIANE RITA BARGESKI, | NO. 3:19-CV-00923-ARC |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| HAYES, JOHNSON & CONLEY, PLLC AND JOEL D. JOHNSON, | |
| Defendants. | |

## <u>ORDER</u>

**NOW**, this 18th day of September, 2019, **IT IS HEREBY ORDERED** that:

(1)     The Motion to Dismiss (Doc. 7) is **GRANTED in part** and **DENIED in part**.

> (A)     Plaintiffs' Claim that the Defendants violated 15 U.S.C. § 1692i(a)(2) is **Dismissed with prejudice**.
>
> (B)     The Motion is **DENIED** in all other respects.

<u>/s/ A. Richard Caputo</u>

A. Richard Caputo

United States District Judge